UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-866 (RMB) |
| v. | : | Hon. Renée Marie Bumb |
| MICHAEL RAMSEUR | : | <u>SCHEDULING ORDER</u> |

This matter having come before the Court on the application of the United States, Philip R. Sellinger, United States Attorney for the District of New Jersey (Alisa Shver, Assistant U.S. Attorney, appearing) and the defendant Michael Ramseur (Richard Sparaco, Esq., appearing); the parties having met and determined that this matter may be treated as a criminal case that does not require extensive discovery, but which nonetheless requires more than seventy (70) days for defense counsel to diligently and effectively prepare for trial; and the Court having accepted such schedule, and for good cause shown;

It is on this 23 day of December 2021, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **January 28, 2022**.

2. The United States shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **January 28, 2022**. Exculpatory evidence that becomes known to the United States after that date shall be disclosed reasonably promptly after becoming known to the United States.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **February 25, 2022**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **February 25, 2022**.

5. The following shall be the schedule for pretrial motions in this matter:

   a. The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1 on or before **March 25, 2022**;

   b. The United States shall file any response to the Defendant's pretrial motions on or before **April 8, 2022**;

   c. The Defendant shall file any reply on or before **April 22, 2022**; and

   d. Oral argument on pretrial motions shall be held on a date to be determined by the Court.

Dated: December 22, 2021

Camden, New Jersey

Form and entry consented to:

Philip R. Sellinger
United States Attorney

_____
Richard Sparaco, Esq. Attorney
for the Defendant

_____
ALISA SHVER
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED

this _____ day of December 2021

_____
HON. RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

2